# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM VERTEL HICKMAN,<br><br>                    Plaintiff,<br><br>          v.<br><br>SANTORO,<br><br>                    Defendant. | Case No.  1:22-cv-00450-BAM (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE WITHIN 45 DAYS<br><br>**FORTY-FIVE (45) DAY DEADLINE** |

Plaintiff William Vertel Hickman ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action under 42 U.S.C. § 1983.  Plaintiff has not paid the $402.00 filing fee or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

Within **forty-five (45) days** of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $402.00 filing fee for this action.  **No requests for extension will be granted without a showing of good cause.  Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   __April 20, 2022__          _____/s/ *Barbara A. McAuliffe*_____
                                                              UNITED STATES MAGISTRATE JUDGE