1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   WILLIAM VERTEL HICKMAN,                No.  1:22-cv-00450 DAD BAM (PC)

12                 Plaintiff,

13        v.                                ORDER ADOPTING FINDINGS AND
                                            RECOMMENDATIONS
14   KELLY SANTORO, et al.,
                                            (Doc. No. 9)
15                 Defendant.

16

17        Plaintiff William Vertel Hickman is a state prisoner proceeding *pro se* and *in forma*

18   *pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.  This matter was referred to

19   a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On July 26, 2022, the assigned magistrate judge screened plaintiff's first amended

21   complaint and issued findings and recommendations, recommending that this action be dismissed

22   due to plaintiff's failure to state a cognizable claim upon which relief may be granted.  (Doc. No.

23   9.)  Those findings and recommendations were served on plaintiff and contained notice that any

24   objections thereto were to be filed within fourteen (14) days from the date of service.  (*Id.*)  On

25   August 8, 2022, plaintiff timely filed objections to the pending findings and recommendations.

26   (Doc. No. 10.)  Therein, plaintiff simply states that he objects due to the fact that he is not a

27   lawyer.  (*Id.*)

28   /////

                                              1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, including plaintiff's objections, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1.     The findings and recommendations issued on July 26, 2022 (Doc. No. 9) are adopted;

2.     This action is dismissed, with prejudice, due to plaintiff's failure to state a cognizable claim upon which relief may be granted; and

3.     The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **August 9, 2022**                                    _____
                                                             UNITED STATES DISTRICT JUDGE